UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Harper,

     Plaintiff,

v.

Warden, Federal Prison Camp Duluth,

     Defendant.

File No. 26-cv-240 (ECT/LIB)

**ORDER ACCEPTING REPORT
AND RECOMMENDATION**

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on February 13, 2026.  ECF No. 5.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.    The Report and Recommendation [ECF No. 5] is **ACCEPTED**;

2.    Petitioner William Harper's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is **DENIED**; and

3.    The action is **DISMISSED WITHOUT PREJUDICE.**

     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 13, 2026

s/Eric C. Tostrud
Eric C. Tostrud
United States District Court